# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

KEVIN M.,[1]

           Plaintiff,

v.                                         CIVIL ACTION NO.   3:22-0368

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

           Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's request for judgment on the pleadings (ECF No. 8); grant the Commissioner's request for judgment on the pleadings (ECF No. 9); affirm the decision of the Commissioner; dismiss this action, with prejudice, and remove it from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and Court **DENIES** Plaintiff's request for judgment on the pleadings (ECF

---

[1] The Court lists only the first name and last initial of any non-government parties in Social Security opinions pursuant to the October 31, 2022 Standing Order in this District, which adopts the recommendation of the May 2018 Judicial Conference Committee on Court Administration and Case Management concerning privacy of personal and medical information.

No. 8); **GRANTS** the Commissioner's request for judgment on the pleadings (ECF No. 9); **AFFIRMS** the decision of the Commissioner; **DISMISSES** this action, with prejudice, and **REMOVES** it from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 10, 2023

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE